# Court of Appeals
# of the State of Georgia

ATLANTA,___August 03, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A2347. METRO ATLANTA TASK FORCE FOR THE HOMELESS, INC.
v. PREMIUM FUNDING SOLUTIONS.**

On March 8, 2012, this Court granted an application for interlocutory appeal filed by Metro Atlanta Task Force for the Homeless, Inc. ("the appellant"). The appellant filed a timely notice of appeal, which the trial court apparently transmitted twice. The first case, which was docketed as A12A2345, contains the order granting the interlocutory application, the notice of appeal, and the considerable record. This case contains only the order granting the interlocutory application and the notice of appeal. Because it appears that this appeal is duplicative of the appeal in A12A2345, it is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,_08/03/2012_____
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*